**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Estanislao PULIDO, Defendant–**
**Appellant.**

No. 15-10569

United States Court of Appeals,
Ninth Circuit.

Submitted October 25, 2016 *

Filed November 01, 2016

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Bobbie J. Montoya, Assistant U.S. Attorney, USSAC—Office of the US Attorney, Sacramento, CA, Laurel J. Montoya, Assistant U.S. Attorney, Kathleen Anne Servatius, Assistant U.S. Attorney, DOJ–USAO, Fresno, CA, for Plaintiff–Appellee

Estanislao Pulido, Pro Se

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Estanislao Pulido appeals pro se from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Pulido contends that he is entitled to a sentence reduction under Amendment 782 to the Sentencing Guidelines. We review de novo whether a district court had authority to modify a sentence under section 3582(c)(2). *See United States v. Paulk*, 569 F.3d 1094, 1095 (9th Cir. 2009). Pulido's 120–month sentence reflects the mandatory minimum for his offense. *See* 21 U.S.C. § 841(b)(1)(A). The mandatory minimum applies in section 3582(c)(2) proceedings. *See United States v. Sykes*, 658 F.3d 1140, 1147–48 (9th Cir. 2011). Therefore, the district court correctly concluded that it had no authority to reduce Pulido's sentence below 120 months. *See id.* at 1148.

Pulido's claim that the government breached the plea agreement is not cognizable in this proceeding. *See Dillon v.*

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

*United States*, 560 U.S. 817, 826, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010) (section 3582(c)(2) does not permit a "plenary resentencing proceeding").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.